# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**PAMELA D. GILMORE**                                                                 **PLAINTIFF**

v.                                           **5:08CV00014 BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration**                                                           **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered in this case, Judgment is hereby rendered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Pamela D. Gilmore.

DATED this 4th day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE